HAIGHT, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
EVGUENIY FEDOTOV,

        Plaintiff,

-against-

PETER T. ROACH AND ASSOCIATES, P.C.

        Defendant.

-------------------------------------------------------x

NOTICE OF DISCONTINUANCE

2:03-cv-08823-CSH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04-16-08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the above-captioned action is hereby dismissed and discontinued with prejudice and without costs to any party.

Dated: April 3, 2008
      Uniondale, New-York

_____
Abraham Kleinman (AK-6300)
Attorney for Plaintiff
626 RexCorp Plaza
Uniondale, New York 11556-0626

Telephone (516) 522-2621

Facsimile (888) 522-1692

_____
Scott A. Koltun (SAK-7661)
Frankfort & Koltun
2061 Deer Park Avenue
Deer Park, NY 11729

Telephone (631) 242-7815

Facsimile (631) 586-6029

04/15/08

_____
SO ORDERED